UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS INC, <br><br> Plaintiff(s), <br><br> v. <br><br> MAVERICK SWEEPING LLC et al., <br><br> Defendant(s). | CASE NO. C24-01282-KKE <br><br> ORDER TO SHOW CAUSE |

Plaintiff filed this instant action on August 19, 2024 (Dkt. No. 1). It then filed its proof of service on both Defendants on September 10, 2024, and September 20, 2024, stating that service was completed on September 6, 2024. Dkt. Nos. 5, 6. Nearly two months have passed since Plaintiff filed its proof of service. Defendants have not appeared, and Plaintiff has not filed any motion.

Accordingly, the Court ORDERS Plaintiff to show cause why this matter should not be dismissed for failure to prosecute, no later than December 2, 2024.

Dated this 18th day of November, 2024.

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge