UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS INC, <br><br> Plaintiff(s), <br><br> v. <br><br> MAVERICK SWEEPING LLC et al., <br><br> Defendant(s). | CASE NO. C24-01282-KKE <br><br> ORDER |

On November 18, 2024, the Court ordered Plaintiff to show cause as to why this matter should not be dismissed for failure to prosecute. Dkt. No. 7. On November 19, 2024, Plaintiff moved for default against Defendants, which the Clerk entered on the same day. Dkt. Nos. 8, 9.

Accordingly, the Court hereby VACATES the November 18, 2024 Order to Show Cause.

Dated this 26th day of November, 2024.

Kymberly K. Evanson
United States District Judge

ORDER - 1